[75]         DRUMMOND v. ROMME.

The court will not inquire into the facts after verdict.

*Certiorari* to Justice Ludly.

The reasons assigned, and the affidavits, went to show upon the evidence adduced to the jury by Romme and Drummond, that the verdict was plainly contrary to evidence.

PER CUR.    An inquiry into the fact after a verdict is improper.

Affirm the judgment.